UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRION PIPER<br><br>  *Petitioner*,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>  *Respondents*. | 2:06-cv-01221-RCJ-GWF<br><br>ORDER |

  This habeas matter comes before the Court on the petitioner's motion (#24) for partial dismissal of his unexhausted claims. No opposition has been filed.

  In its prior order (#23), the Court granted in part the respondents' motion to dismiss, and the Court held that Ground One and the ineffective assistance claim in Ground Three were not exhausted. Pursuant to *Rose v. Lundy*, 455 U.S. 509, 102 S.Ct. 1198, 71 L.Ed.2d 379 (1982), the Court gave petitioner an opportunity to seek either dismissal of the entire petition without prejudice, partial dismissal of only the unexhausted claims, or other appropriate relief

  The motion for partial dismissal varies from the Court's prior order (#23) that granted the respondents' motion to dismiss in part. The present motion instead seeks dismissal as follows:

> Petitioner does hereby move for *partial* dismissal of Ground One, dismissing the ineffective assistance of counsel

> portion (unexhausted) *and proceeding on the due process claim of Ground One (exhausted)*, [and] [d]ismissing Ground Three ineffective assistance of counsel claim.

#24, at 1 (emphasis added). However, looking back at the record, respondents stated in the argument on Ground One that "it appears Piper has exhausted the due process component of this claim," #12, at 9, and respondents did not seek dismissal of any due process claim asserted under Ground One. The Court therefore will grant the petitioner's unopposed motion as submitted, without prejudice to any otherwise viable defense that respondents may have to any such due process claim.

IT THEREFORE IS ORDERED, and further pursuant to Local Rule LR 7-2(d), that petitioner's motion (#24) for partial dismissal is GRANTED and that the following claims are DISMISSED without prejudice for lack of exhaustion: (a) the claim of ineffective assistance of counsel in Ground One; and (b) the claim of ineffective assistance of counsel in Ground Three. All other claims in the petition remain before the Court, including any due process claims in Grounds One and Three.

IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, the respondents shall file a response to the claims remaining, which may include a renewed motion to dismiss addressing, *inter alia*, the issues deferred in the prior order (#23). Petitioner shall have thirty (30) days from service of the response within which to file an opposition to a motion to dismiss or a reply to an answer. The parties, if they wish, may incorporate their prior arguments in full regarding the procedural default and other issues on the prior motion to dismiss.

DATED: February 20, 2008

_____
ROBERT C. JONES
United States District Judge

(gsk-p3)